# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 735
:
DESIGNATION OF CHAIR AND VICE- : SUPREME COURT RULES DOCKET
CHAIR OF THE CONTINUING LEGAL :
EDUCATION BOARD :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2017, Anthony C. Aliano, Esquire, is hereby designated as Chair, and Clifford B. Levine, Esquire, is designated as Vice-Chair, of the Continuing Legal Education Board, commencing July 13, 2017.